**No. 62741.**—International Brands, Inc. *v.* United States, protest 216441–K (New York).

Opinion by JOHNSON, J. At the trial, the official papers, including the collector's memorandum, were received in evidence. An examination of the memorandum shows that one case did not arrive at Los Angeles and that duties and taxes were assessed on the New York warehouse entry. On the record presented and following Abstract 61245, the collector was directed to refund all duty and tax on the one case of merchandise which did not arrive in Los Angeles.

**No. 62742.**—Julius Wile Sons & Co., Inc. *v.* United States, protest 299623–K (New York).

Opinion by JOHNSON, J. At the trial, the official entry papers were moved in evidence. It appeared from these papers that 1 case and 4 bottles covered by WTD entry No. 0654 were missing on arrival at San Francisco. Following *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the collector was directed to refund all duty and tax on the missing merchandise.